1  SUSANA ALCALA WOOD, City Attorney #156366
   DAVID CERVANTES, Senior Deputy City Attorney #108973
2  City of Modesto
   P.O. Box 642
3  1010 Tenth Street, Suite 6300
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5
   Attorneys for Defendants MODESTO POLICE OFFICER LYNDON
6  YATES, OFFICER MIRL MORSE, CITY OF MODESTO POLICE
   DEPARTMENT and CITY OF MODESTO
7

8

9                      UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA - FRESNO

11

12 SUSAN GALVAN; RAMON GALVAN,   )   No.  1:05-CV-00986-AWI-LJO
                                 )
13         Plaintiffs,            )
                                 )
14     vs.                       )   STIPULATION AND ORDER FOR FILING
                                 )   OF PROPOSED FIRST AMENDED
15 MODESTO POLICE OFFICER LYNDON )   ANSWER
   YATES; OFFICER MIRL MORSE; CITY )
16 OF MODESTO POLICE DEPARTMENT; )
   CITY OF MODESTO; DOES 1 through 50, )
17                               )
                                 )
18         Defendants.            )
                                 )
19

20

21     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22 attorneys of record that Defendants, MODESTO POLICE OFFICER LYNDON YATES,

23 OFFICER MIRL MORSE, CITY OF MODESTO POLICE DEPARTMENT, and CITY OF

24 MODESTO may file a First Amended Answer.  A copy of the Proposed First Amended Answer of

25 Defendants Modesto Police Officer Lyndon Yates, Officer Mirl Morse, City of Modesto Police

26 Department and City of Modesto to Plaintiffs' Second Amended Civil Complaint for Damages for

27 Civil Rights Violations; Police Misconduct Under 42 U.S.C. Section 1983 and State Law Claims

28 is attached hereto.

                                      -1-

Dated: August 8, 2006.

BY: /s/ Walter Riley
WALTER RILEY
Attorney for Plaintiffs Susan Galvan and Ramon Galvan

Dated: August 8, 2006.        SUSANA ALCALA WOOD, City Attorney

BY: /s/ David Cervantes
DAVID CERVANTES
Senior Deputy City Attorney
Attorneys for Defendants City of Modesto Police Officer Lyndon Yates, Officer Mirl Morse, City of Modesto Police Department and City of Modesto

ORDER

Good Cause Appearing, IT IS HEREBY ORDERED, Defendants MODESTO POLICE OFFICER LYNDON YATES, OFFICER MIRL MORSE, CITY OF MODESTO POLICE DEPARTMENT, and CITY OF MODESTO, are hereby allowed to file the PROPOSED FIRST AMENDED ANSWER OF DEFENDANTS, MODESTO POLICE OFFICER LYNDON YATES, OFFICER MIRL MORSE, CITY OF MODESTO POLICE DEPARTMENT AND CITY OF MODESTO TO PLAINTIFFS' SECOND AMENDED CIVIL COMPLAINT FOR DAMAGES FOR CIVIL RIGHTS VIOLATIONS; POLICE MISCONDUCT UNDER 42 U.S.C. SECTION 1983 AND STATE LAW CLAIMS.

IT IS SO ORDERED.

**Dated:    August 8, 2006**            /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE