IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALVAN, RAMON GALVAN, | CASE NO. CV-F-05-0986 LJO GSA |
| v. | **ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** (Doc.60) |
| MODESTO POLICE OFFICER LYNDON YATES, et al., | |
| Defendants. | |

The Court has received and reviewed defendant City of Modesto's Motion for Partial Judgment on the Pleadings. This is a Rule 12 motion to dismiss a claim against the dismissed Doe defendants. In addition, defendant requests that the Court refrain from exercising pendent jurisdiction as to the state law claims asserted by plaintiff Ramon Galvan.

The Court finds the motion untimely and moot. In addition, the Court declines the request to refrain from exercising pendent jurisdiction and will exercise jurisdiction in the interests of judicial economy and fairness to the parties.

IT IS SO ORDERED.

**Dated:   February 13, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE