IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALVAN, et al., | CASE NO. CV F 05-0986 LJO GSA |
| Plaintiff, | **ORDER ON PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER** |
| vs. | (Doc. 76) |
| MODESTO POLICE OFFICER LYNDON YATES, et al., | |
| Defendants. | |

This Court issued its pretrial order on February 4, 2008. On February 29, 2008, plaintiffs Susan Galvan and Ramon Galvan (collectively "plaintiffs") filed their papers to seek on shortened time to amend the pretrial order to add:

1. Marc Firestone ("Mr. Firestone") as plaintiffs' expert witness;
2. Modesto Police Officers Daniel Phillips and Jeffrey Eastwood as defendants (collectively "potential defendants"); and
3. Plaintiff Ramon Galvan's 42 U.S.C. § 1983 claim for wrongful arrest.

F.R.Civ.P. 17(e) permits a court to "modify the order issued after a final pretrial conference only to prevent manifest injustice." Factors to consider pretrial order modification include:

1. Degree of prejudice or surprise to the defendants if the order is modified;
2. Ability of defendants to cure prejudice;
3. Impact of modification on the orderly and efficient conduct of the case; and

1

4.      Degree of willfulness or bad faith of the party seeking modification.

*Byrd v. Guess*, 137 F.3d 1126, 1132 (9th Cir. 1998)

The party seeking pretrial order modification bears the burden "to show that a review of these factors warrants a conclusion that manifest injustice would result if the pretrial order is not modified." *Byrd*, 137 F.3d at 1132.

Defendants do no oppose addition to the pretrial order of Mr. Firestone as plaintiffs' expert witness. Mr. Firestone's addition is bolstered by factors that defendants knew of is expert designation and report, deposed him, and filed a motion in limine to exclude his testimony. Defendants are not prejudiced by Mr. Firestone's addition to the pretrial order as plaintiffs' expert witness.

Plaintiffs are not so fortunate as to their request to add the potential defendants and a wrongful arrest claim. Plaintiffs seek to alter fundamentally their case mere days before trial. The potential and existing defendants would be severely prejudiced to attempt to secure representation and prepare for trial in such an unconscionably short amount of time. The potential and existing defendants lack ability to cure prejudice. To this point, the potential defendants have been treated a mere witnesses, not parties, and were not expected to know that they would become targets of a claim. Addition of the potential defendants and new wrongful arrest claim upsets the orderly and efficient conduct of this action which has been pending for more than 2½ years. Even an assumption of an absence of plaintiffs' willfulness or bad faith does not undo the prejudice to the potential and existing defendants.

For the reasons discussed above, this Court:

1. ADDS Marc Firestone to the pretrial order as plaintiffs' expert witness; and
2. DENIES addition to the pretrial order of Modesto Police Officers Daniel Phillips and Jeffrey Eastwood as defendants and plaintiff Ramon Galvan's 42 U.S.C. § 1983 claim for wrongful arrest.

IT IS SO ORDERED.

**Dated:    March 3, 2008**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE